# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>William John Birdsall<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:22mj36<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 3, 2022__ in the county of __Mineral__ in the __Northern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2113 | Bank Robbery |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Arianna Shindelar, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 10, 2022

_____
*Judge's signature*

City and state: Martinsburg, West Virginia   Robert W. Trumble, United States Magistrate Judge
_____
*Printed name and title*

FILED
MAR 10 2022
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401